# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GREG FISCHER,**
Appellant,

v.

**KIMBERLY FISCHER,**
Appellee.

No. 4D21-1947

[December 30, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2019-DR-010587-XXXX-SB.

David M. Scott of Law Office of David Scott, P.A., Fort Lauderdale, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***